**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH FANTACONE,<br>ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>- against-<br><br>ASSET RECOVERY SOLUTIONS, LLC<br><br>Defendants. | No. 5:19-cv-01168-FJS-ML<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, JOSEPH FANTACONE, and Defendant, ASSET RECOVERY SOLUTIONS, LLC, through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice as against Defendant, without costs or fees to any party as against any other party.

-2-

Dated:   Brooklyn, New York
         December 9, 2019

Law Office of Simon Goldenberg, PLLC

By:   /S/ SIMON GOLDENBERG
      Simon Goldenberg, Esq.
      818 East 16th Street
      Brooklyn, NY 11230
      T: 347-640-4357
      *Counsel for Plaintiff(s)*

Dated:   December 9, 2019

HINSHAW & CULBERTSON LLP

By:   /S/ RAVEN B. MACKEY
      Raven B. Mackey, Esq.
      800 Third Avenue, 13th Floor
      New York, NY 10022
      T: 212-471-6200
      *Counsel for Defendant(s)*

**IT IS SO ORDERED.**
**December 11, 2019**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge